JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 298 -- IN RE PREFERENTIAL DRUG PRODUCTS PRICING ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/21/77 | 1. | MOTION w/SUPPORTING BRIEF---Joint Motion of Plaintiffs Portland Retail Druggists Assn., Inc. and Mario de Modena d/b/a Sixth Avenue Pharmacy, et al. -- brief incorporated into motion papers. Exhibits are complaints in two involved actions. Certificate of service on involved counsel and clerks of court. REQUESTED TRANSFEREE FORUM: Central District of California |
| 1/26/77 | 2 | MOTION w/SUPPORTING BRIEF -- DEFENDANTS w/Affidavits, Schedule of Actions, Certificate of Service REQUESTED TRANSFEREE FORUM -- NORTHERN DISTRICT OF CALIF. |
| 1/31/77 | | APPEARANCES -- Henry Kane for PORTLAND RETAIL DRUGGISTS ASSN. (A-1) Donald B. Brown for MARION DEMODENA (A-2) Max Thelen for ALL DEFENDANTS IN A-1 and A-2 |
| 2/2/77 | | HEARING ORDER FILED -- Setting A-1 through A-2 for Hearing -- Feb. 25, 1977 -- New Orleans, La. |
| 2/2/77 | 3 | RESPONSE -- DEFENDANTS w/cert. of service |
| 2/7/77 | 4 | REPLY BRIEF -- PORTLAND RETAIL DRUGGISTS ASSN., w/cert. of svc. |
| 2/8/77 | | APPEARANCE -- John W. Berger for WVP Corp. (A-2) |
| 2/11/77 | 5 | REPLY IN SUPPORT OF MOTION TO TRANSFER -- Defendants Portland Retail Druggists Assn., Inc. in C.A.#C762383-WHO and Mario De Modena, et al. in C.A. # 77-0005-IH w/cert. of service. |
| 2/18/77 | | B-1 Portland Retail Druggists Assn., Inc., etc. v. Abbott Laboratories, et al., D. Oregon, 71-543 ORDER TO SHOW CAUSE filed today. Notified involved counsel and involved judge. |
| 2/22/77 | 6 | AFFIDAVIT IN SUPPORT OF MOTION -- PORTLAND RETAIL DRUGGISTS ASSN., INC. Affidavit of John W. Berger w/cert. of service |
| 2/23/77 | | REQUEST FOR POSTPONEMENT OF HEARING -- Counsel for Movants |
| 2/23/77 | -- | ORDER -- DENYING REQUEST FOR POSTPONEMENT OF HEARING |
| 2/24/77 | 7 | RESPONSE -- Telegram -- ABBOTT LABORATORIES TO B-1 Show Cause Order |
| 3/4/77 | 8 | RESPONSE to SCO -- ELI LILLY & CO., CARTER WALLACE, INC., E. R. SQUIBB CORP., E. R. SQUIBB & SONS, WILLIAM H. RORER, INC., A. H. ROBINS CO., INC., ENDO LAB., INC., ORTHO PHARMACEUTICAL COR WARNER LAMBERT PHARMA. CO., AMERICAN HOME PRODUCTS, BRISTOL MYERS CO., ABBOTT LAB w/cert. of service |
| 3/7/77 | 9 | RESPONSE TO SCO w/AFFIDAVIT OF JOHN W. BERGER -- Portland Retail Drug Assn. w/cert. of service. |
| 3/7/77 | 10 | RESPONSE TO SCO -- Defendants Kaiser Foundation Health Plans and Abbott Laboratories |
| 3/28/77 | | HEARING ORDER -- Setting B-1 Portland Retail Druggists Assn., Inc. v. Abbott Labs, et al., D. Org, 71-543 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/11/77 | | CONSENT OF TRANSFEREE COURT -- for J. Hill to handle litigation in the C.D. Calif. under 28 U.S.C. §1407 XXXXXX |
| 4/11/77 | | OPINION AND ORDER -- transfering A-1 to the C.D. Calif. under 28 U.S.C. §1407 for assignment to Judge Irving Hill |

JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. _____

DOCKET NO. _____ -- _____

| Date | No. Code | |
|------|----------|---|
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Portland Retail Druggists Assn., Inc., et al. For 4/22/77 hearing in Los Angeles, California. |
| 6/30/77 | | ORDER -- VACATING SCO of 2/18/77, B-1 Portland Retail Druggists Association, Inc. v. Abbott Laboratories, et al., D. Oregon, Civil Action No. 71-543 -- NOTIFIED INVOLVED JUDGES, CLERKS, & COUNSEL. |

CAPTION: IN RE PREFERENTIAL DRUG PRODUCTS PRICING ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  Feb. 25, 1977

Consolidation Ordered  xx              Consolidation Denied ____

Opinion and/or Order  April 11, 1977

Citation ____

Transferee District  CENTRAL DISTRICT OF CALIF.    Transferee Judge  IRVING HILL

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Portland Retail Druggists Assn., Inc. v. Kaiser Foundation Health Plan, Inc., et al. | N.D.Cal. Orrick | C76-2383-WHO | 4/11/77 | CV77-1458-IH | 2/10/78  9/12/86 | Reopened 3/80  3/83 closed  Reopened 3/85 |
| A-2 | Mario de Modeno, d/b/a Sixth Avenue Pharmacy, et al. v. Kaiser Foundation Health Plan, Inc., et al. | C.D.Cal. Hill | 77-0005-IH | | | 2/10/78  9/5/86 | Reopened 3/80  3/83 closed |
| B-1 | Portland Retail Druggists Assn, Inc., etc. v. Abbott Laboratories, et al. | D. Oregon Scopil | 71-543 | SCO VACATED | 4/20/77 not transferred | | Reopened 3/85 |

Docket Closed  2/10/78
Docket Reopened  3/85
Docket Closed  9/12/86

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 298 -- IN RE PREFERENTIAL DRUG PRODUCTS PRICING ANTITRUST LITIGATION

PORTLAND RETAIL DRUGGISTS ASSN.,
  INC. (A-1) (B-1)
Henry Kane, Esquire
220 Park Plaza West
10700 SW Beaverton Hwy.
Post Office Box 518
Beaverton, Oregon   97005

MARIO De MODENA, d/b/a SIXTH
  AVENUE PHARMACY, ET AL. (A-2)
Donald B. Brown, Esquire
3303 Wilshire Blvd., Suite 600
Los Angeles, Calif.   90010

KAISER FOUNDATION HEALTH PLAN, INC.
KAISER FOUNDATION HOSPITALS
KAISER FOUNDATION HEALTH PLAN OF
  OREGON, INC.
PERMANENTE SERVICES OF OREGON, INC.
KAISER FOUNDATION INTERNATIONAL
PERMANENTE SERVICES, INC.
SOUTHERN PERMANENTE SERVICES, INC.
PERMANENTE SERVICES OF HAWAII, INC.
THE PERMANENTE MEDICAL GROUP
SOUTHERN CALIFORNIA PERMANENTE
  MEDICAL GROUP.
THE PERMANENTE CLINIC
HAWAII PERMANENTE MEDICAL GROUP
KAISER FOUNDATION HEALTH PLAN OF
  COLORADO
COLORADO PERMANENTE MEDICAL GROUP.
P.C. KAISER COMMUNITY HEALTH FOUNDATION
OHIO PERMANENTE SERVICES, INC.
OHIO PERMANENTE MEDICAL GROUP
Max Thelen, Jr., Esquire
Thelen, Marrin, Johnson & Bridges
2 Embarcadero Center
San Francisco, California   94111

WVP CORPORATION (A-2)
John W. Berger, Esquire
1122 Crenshaw Boulevard
Torrance, California   90501

ABBOTT LABORATORIES
William B. Crow, Esquire
Miller, Anderson, Nash, Yerke
  & Wiener
900 S.W. Fifth Avenue
Portland, Oregon   97204

AMERICAN HOME PRODUCTS CORP.

  Dennis VavRosky, Esq.
  Rankin, McMurry, Osburn
    & Ballagher
  1600 Benjamin Franklin Plaza
  1 S.W. Columbia Street
  Portland, Org.   97258

BRISTOL-MYERS CO.
Charles E. Wright, Esquire
Bullivant, Wright, Leedy,
  Johnson, Pendergrass &
  Hoffman
500 Pacific Building
Portland, Oregon   97204

CARTER-WALLACE, INC.
Walter J. Cosgrave, Esquire
Cosgrave & Kester
622 Pittock Block
921 S.W. Washington Street
Portland, Oregon   97205

ENDO LABORATORIES, INC.
Jack L. Kennedy, Esquire
Kennedy, King & McClurg
1402 Standard Plaza
Portland, Oregon   97204

E. R. SQUIBB & SONS, INC.
SQUIBB CORP.
Jack H. Dunn, Esquire
Morrison, Dunn, Cohen,
  Miller & Carney
1700 Standard Plaza
Portland, Oregon   97204

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 298 -- IN RE PREFERENTIAL DRUG PRODUCTS PRICING ANTITRUST LITIGATION

A. H. ROBINS CO., INC.
Allan Hart, Esquire
Lindsay, Nahstoll, Hart
  & Krause
1331 S.W. Broadway
Portland, Oregon 97201

WILLIAM H. RORER, INC.
Barnes H. Ellis, Esquire
Davies, Biggs, Strayer,
  Stoel & Boley
900 S.W. Fifth Avenue
23rd Floor
Portland, Oregon 97204

WARNER-LAMBERT PHARMACEUTICAL CO.
ORTHO PHARMACEUTICAL CORP.
Thomas M. Triplett, Esquire
Souther, Spaulding, Kinsey
  Williamson & Schwabe
1201 Standard Plaza
Portland, Oregon 97204